In the Matter of the Claim of JOHN WELLER, Respondent, against IMPERIAL PAPER & COLOR CORPORATION et al., Appellants, and SPECIAL FUNDS CONSERVATION COMMITTEE, Respondent.  WORKMEN'S COMPENSATION BOARD, Respondent.

Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.